UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GRACIELA BRETSCHNEIDER DONCOUSE,

                      PLAINTIFF,                                15 CV 9851 (LTS)

    -against-

ZADIG & VOLTAIRE, A DOMESTIC LIMITED          **NOTICE OF**
LIABILITY COMPANY, AND                                  **APPEARANCE**
MOSKOWITZ HERBERT,

                      DEFENDANTS.
-------------------------------------------------------------------X

      PLEASE TAKE NOTICE THAT Carl Peluso of Peluso & Touger, LLP hereby appears as counsel in this matter for defendant Herbert Moskowitz. Carl Peluso hereby certifies that he is admitted to practice in this Court.

Dated: New York, New York
       February 1, 2016

                                                  _____
                                                  Peluso & Touger, LLP
                                                  Attorneys for Defendant Herbert Moskowitz
                                                  By: Carl Peluso
                                                  70 Lafayette Street
                                                  New York, New York 10013
                                                  (212) 608-1234
                                                  Fax: (212) 513-1989
                                                  Email: ctpeluso@aol.com